# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.2)
### Eastern Division

Jonathan D. Kaschak

                        Plaintiff,

v.                                        Case No.: 1:23−cv−15452
                                        Honorable Steven C. Seeger

Bankers Healthcare Group, LLC

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 10, 2025:

      MINUTE entry before the Honorable Steven C. Seeger: The Court reviewed the status report. (Dckt. No. [67]) The parties are engaged in written discovery. The parties served document requests in June 2024, and since then, the parties have produced roughly 1,200 pages of documents. The parties seek a fact discovery deadline of June 30, 2025. It's hard to see why the parties need so long, given the limited discovery that has taken place. Fact discovery will close on April 30, 2025. The parties must file a status report by May 7, 2025. The parties are talking settlement. The Court encourages the parties to discuss settlement in good faith, with a clear−eyed view of the likelihood of success on the merits, the strengths and weaknesses of litigation, the inherent risks of litigation, and the costs of getting to trial. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.