# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

JONATHAN D. KASCHAK,

    Plaintiff,

v.

BANKERS HEALTHCARE GROUP, LLC,

    Defendant.

Case No. 1:23-cv-15452
Honorable Steven C. Seeger

## JOINT STIPULATION OF VOLUNTARY DISMISSAL

NOW COME Plaintiff Jonathan Kaschak ("Plaintiff") and Defendant Bankers Healthcare Group, LLC ("BHG"), by and through their respective attorneys, and pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of Plaintiff's claims against BHG with prejudice.

Dated: March 20, 2025

Respectfully submitted,

/s/ *Caileen M. Crecco*
Caileen M. Crecco
Daniel A. Edelman
Tara L. Goodwin
Caileen M. Crecco
**EDELMAN, COMBS, LATTURNER & GOODWIN, LLC**
20 S. Clark St., Suite 1800
Chicago, IL 60603-1841
(312) 739-4200
(312) 419-0379 (FAX)
Email address for service:
courtecl@edcombs.com

*Counsel for Plaintiff*

/s/ *Valerie L. Hletko*
Valerie L. Hletko
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth St. NW
Washington, DC 20001
(202) 662-5146
vhletko@cov.com

Julie B. Porter
**SALVATORE PRESCOTT PORTER & PORTER, PLLC**
1010 Davis Street
Evanston, IL 60201
(312) 283-5711
porter@sppplaw.com

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

      Caileen M. Crecco certifies that on March 20, 2025, the foregoing document was filed via the court's CM/ECF online system, causing a copy to be sent to all counsel of record.

      */s/ Caileen M. Crecco*
      Caileen M. Crecco